AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

L. CARLYLE MARTIN, et al,

        Plaintiffs,

        v.

USBANCORP [USBANK], et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-452-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is DISMISSED WITH PREJUDICE without costs or fees to either party. Judgment is entered for the Defendants. File closed.

September 24, 2012             JAMES R. LARSEN
*Date*                                                *Clerk*
                                                        s/ Cheryl Switzer
                                                        *(By) Deputy Clerk*
                                                        Cheryl Switzer